



# MEMORANDUM OPINION

No. 04-12-00418-CV

**IN THE ESTATE OF** Sally M. **CRAVEN**, Deceased

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2009-PC-3185
Honorable Polly Jackson Spencer, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
            Sandee Bryan Marion, Justice
            Phylis J. Speedlin, Justice

Delivered and Filed:  August 22, 2012

DISMISSED

       Stating that they have fully settled all disputes between them, the parties have filed a joint motion to dismiss their respective appeals.[1] We grant the motion and dismiss the appeals. *See* TEX. R. APP. P. 42.1(a).

PER CURIAM

---

[1] Both parties filed notices of appeal indicating their desire to appeal the trial court's judgment.